RICHARD G. SOMES, STATE BAR #203957
rsomes@tysonmendes.com
KAREEN SASSOUNIAN, STATE BAR #307017
ksassounian@tysonmendes.com
TYSON & MENDES, LLP
17901 Von Karman Avenue, Suite 600
Irvine, CA 92614
Telephone: 949.490.4840/Facsimile: 949.267.5261

Attorneys for Defendants SF MARKETS, LLC and SUNFLOWER FARMERS MARKETS, LLC (erroneously sued herein as SPROUTS FARMERS MARKET, INC.)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CARRIE RUEDA,<br><br>    Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC., SUNFLOWER FARMERS MARKETS, LLC, and DOES 1 to 25, inclusive.<br><br>    Defendants. | Case No.: 5:21-cv-981<br>Assigned to:<br><br>**NOTICE OF REMOVAL**<br><br>Action Date: April 16, 2021<br>Trial Date:   Not Set |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF CARRIE RUEDA AND HER ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that defendants SF MARKETS, LLC and SUNFLOWER FARMERS MARKETS, LLC (hereinafter "defendants"), erroneously sued herein as SPROUTS FARMERS MARKET, INC. by and through undersigned counsel, hereby remove the above-entitled action from the Superior Court of the State of California for the County of San Bernardino to the United States District Court for the Central District of

California pursuant to 28 U.S.C. Sections 1332, 1441, and 1446. In support of such removal, defendants state the following:

## THE STATE COURT ACTION

1. On April 16, 2021, an action was commenced in the Superior Court of the State of California in and for the County of San Bernardino, entitled Carrie Rueda, Plaintiff vs. Sprouts Farmers Market, Inc. and Sunflower Markets, LLC, Defendants as Case Number CIV SB 2111026. A copy of the complaint is attached hereto as Exhibit "A."

2. The first date upon which defendants received a copy of said complaint was May 14, 2021, when defendants were served with a copy of said complaint and a summons from said state court. A copy of the summons is attached hereto as Exhibit "B."

3. Plaintiff named Sprouts Farmers Market, Inc. erroneously in her complaint, as SF Markets, LLC is the entity that operates the Sprouts Farmers Market store plaintiff alleges the incident took place.

4. The state court matter is currently pending. Trial has not yet been set. Defendants have not answered the complaint. Discovery has not commenced. All process, pleadings, and orders served can be found attached as Exhibit "A" through "C," including the following:

    A. Plaintiff's Complaint;

    B. Summons; and

    C. Plaintiff's Statement of Damages.

## REMOVAL OF PLAINTIFF'S CLAIMS IS PROPER ON THE BASIS OF DIVERSITY

5. <u>The Amount in Controversy Exceeds the Jurisdictional Minimum of $75,000</u>. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of

different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs because plaintiff alleges and seeks at least $1,000,000.00 in damages as stated in the Statement of Damages. See Exhibit "C" attached. Defendants received plaintiff's Statement of Damages on May 14, 2021, whereupon they first learned that the amount in controversy exceeds the jurisdictional minimum.

6. <u>Complete Diversity of Citizenship Exists</u>. Plaintiff is a citizen of the State of California. Defendants Sunflower Farmers Markets, LLC and SF Markets, LLC are citizens of the State of Arizona and the State of Delaware. SF Markets, LLC and Sunflower Farmers Markets, LLC are limited liability companies ("LLC") organized under the laws of the State of Delaware. An LLC's citizenship is determined according to the citizenship of its members. See *Johnson v. Columbia Properties Anchorage, LP,* (9th Cir. 2006) 437 F3d 894, 899. The sole member of both defendants is Sprouts Farmers Markets Holdings, LLC, which is also an LLC organized under the laws of the State of Delaware. Where a partnership, LLC, or other business association is a member of another partnership or LLC, citizenship is ascertained by examining the member entity's own members, or "submember[s]." See *V & M Star, LP v. Centimark Corp.,* (6th Cir. 2010) 596 F3d 354, 356. The sole member and owner of Sprouts Farmers Markets Holdings, LLC is Sprouts Farmers Market, Inc., which was and is a corporation incorporated under the laws of the State of Delaware and having its principal place of business in the State of Arizona. Therefore, defendants SF Markets, LLC and Sunflower Farmers Markets, LLC are also citizens of Delaware and Arizona for the purposes of diversity and thus complete diversity between plaintiff and defendants exists.

///
///
///
///

7. In the event this Court has further questions regarding the propriety of this Notice of Removal, defendants respectfully request that it issue an Order to Show Cause so that defendants may have an opportunity to more fully brief the basis for removal.

Date:  June 10, 2021        TYSON & MENDES, LLP

By: /S/ *Richard G. Somes*
RICHARD G. SOMES, ESQ.
KAREEN SASSOUNIAN, ESQ.
Attorneys for Defendant, SF MARKETS, LLC and SUNFLOWER FARMERS MARKETS, LLC (erroneously sued herein as SPROUTS FARMERS MARKET, INC.)

# EXHIBIT "A"

PLD-PI-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Tracy Baer, Esq., SBN 113309
BAER TREGER LLP
1999 Avenue of the Stars, Suite 1100
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
TELEPHONE NO: (310) 226-7570   FAX NO. (Optional): (310) 226-7571
E-MAIL ADDRESS (Optional): tbaer@baertreger.com
ATTORNEY FOR (Name): Plaintiff Carrie Rueda

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino, CA 92415-0210
BRANCH NAME: San Bernardino District - Civil Division

PLAINTIFF: Carrie Rueda

DEFENDANT: Sprouts Farmers Market, Inc.; Sunflower Farmers Markets, LLC; and

[x] DOES 1 TO 25, inclusive

**FOR COURT USE ONLY**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

APR 16 2021

BY _____
ANTHONY MARTINEZ, DEPUTY

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
  [ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE       [x] OTHER (specify): Premises Liability
[ ] Property Damage     [ ] Wrongful Death  General Negligence
[x] Personal Injury     [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded  [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:
CIV SB 2111026
SC-2021-26185 An
$435.00

1. **Plaintiff** (name or names): Carrie Rueda

   alleges causes of action against **defendant** (name or names): Sprouts Farmers Market, Inc.; Sunflower Farmers Markets, LLC; and DOES 1 to 25, inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

FILE BY FAX

| SHORT TITLE: Carrie Rueda vs. Sprouts Farmers' Market, Inc., et al. | CASE NUMBER: CIV SB 2111026 |
|---|---|

PLD-PI-001

4. ☐ Plaintiff *(name)*:

   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [x] **except** defendant *(name)*: Sprouts Farmers Market, Inc.
      (1) ☐ a business organization, form unknown
      (2) [x] a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   c. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   b. [x] **except** defendant *(name)*: unflower Farmers Markets, LLC
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) [x] other *(specify)*: Limited Liability Company

   d. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [x] Doe defendants *(specify Doe numbers)*: 1-10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [x] Doe defendants *(specify Doe numbers)*: 11-25 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [x] injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE: Carrie Rueda vs. Sprouts Farmers Market, Inc., et al. | CASE NUMBER: CIVSB 2111026 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☒ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify):* Prejudgment Interest

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   All.

Date: April 15, 2021

Tracy Baer, Esq.
(TYPE OR PRINT NAME)

▶ [signature: Tracy Baer]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]      **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**      Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: Carrie Rueda vs. Sprouts Farmers Market, Inc., et al. | CASE NUMBER: CIVSB 2111026 |
|---|---|

<u>First</u>   **CAUSE OF ACTION—Premises Liability**   Page <u>4</u>
(number)

ATTACHMENT TO  [x] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.  Plaintiff *(name)*: Carrie Rueda
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: January 5, 2021   plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*:
On January 5, 2021, Plaintiff slipped and fell as a result of a dangerous condition at Defendants' premises located at 7355 Day Creek Blvd., Rancho Cucamonga, CA 91739. Immediately after Plaintiff turned into an aisle, Plaintiff fell as a result of a broken bottle of pasta sauce that was on the ground which created a slip hazard. The subject slip hazard constituted a dangerous condition which caused Plaintiff to fall. Defendants failed to warn Plaintiff and other patrons of the slip hazard, and failed to make the premises safe. Defendants created the dangerous condition and had actual and constructive knowledge of the dangerous condition. Further, Defendants negligently owned, operated, controlled, managed, and maintained the premises. As a result, Plaintiff suffered severe injuries.

Prem.L-2.  [x] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*: Sprouts Farmers Market, Inc.; Sunflower Farmers Markets, LLC

   [x] Does <u>1</u> to <u>25</u>

Prem.L-3.  [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

   [ ] Does ____ to ____
   Plaintiff, a recreational user, was [ ] an invited guest  [ ] a paying guest.

Prem.L-4.  [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

   [ ] Does ____ to ____
   a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
   b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [x] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*: Sprouts Farmers Market, Inc.; Sunflower Farmers Markets, LLC

   [x] Does <u>1</u> to <u>25</u>
   b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names)*:

PLD-PI-001(2)

| SHORT TITLE: Carrie Rueda vs. Sprouts Farmers Market, Inc., et al. | CASE NUMBER: CIV SB 2111026 |

<u>Second</u>  **CAUSE OF ACTION—General Negligence**  Page <u>5</u>
(number)

ATTACHMENT TO  [x] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Carrie Rueda

alleges that defendant *(name)*: Sprouts Farmers Market, Inc.; Sunflower Farmers Markets, LLC

[x] Does <u>1</u> to <u>25</u>

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: January 5, 2021
at *(place)*: Sprouts Farmers Market Store #245, 7355 Day Creek Blvd., Rancho Cucamonga, CA 91739
*(description of reasons for liability)*:

On January 5, 2021, Plaintiff slipped and fell as a result of a dangerous condition at Defendants' premises located at 7355 Day Creek Blvd., Rancho Cucamonga, CA 91739. Immediately after Plaintiff turned into an aisle, Plaintiff fell as a result of a broken bottle of pasta sauce that was on the ground which created a slip hazard. The subject slip hazard constituted a dangerous condition which caused Plaintiff to fall. Defendants failed to warn Plaintiff and other patrons of the slip hazard, and failed to make the premises safe. Defendants created the dangerous condition and had actual and constructive knowledge of the dangerous condition. Further, Defendants negligently owned, operated, controlled, managed, and maintained the premises. As a result, Plaintiff suffered severe injuries.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Legal Solutions Plus

Code of Civil Procedure 425.12

# EXHIBIT "B"

ORIGINAL

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:** Sprouts Farmers Market, Inc.;
*(AVISO AL DEMANDADO):* Sunflower Farmers Markets, LLC;
and DOES 1 to 25, inclusive

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAY 10 2021

BY _____
ANTHONY MARTINEZ, DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:** Carrie Rueda
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER: CIVSB 2111026

San Bernardino County Superior Court
San Bernardino District - Civil Division
247 West Third Street
San Bernardino, CA 92415-0210

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Tracy Baer, Esq., SBN 113309          T(310) 226-7570  F(310) 226-7571
BAER TREGER LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067

DATE: MAY 10 2021                     Clerk, by _____, Deputy
*(Fecha)*                              *(Secretario)* Anthony Martinez *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

# EXHIBIT "C"

TRACY BAER, ESQ., Bar No. 113309
ANDREW L. TREGER, ESQ., Bar No. 240637
BAER TREGER LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
(310) 226-7570   Fax (310) 226-7571
tbaer@baertreger.com

Attorneys for Plaintiff Carrie Rueda

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| CARRIE RUEDA, | CASE NO: CIVSB2111026 |
| Plaintiff, | [Assigned for all purposes to Hon. Khymberli S. Apaloo, Dept. S25] |
| vs. | |
| SPROUTS FARMERS MARKET, INC.; SUNFLOWER FARMERS MARKETS, LLC; and DOES 1 to 25, inclusive, | PLAINTIFF'S STATEMENT OF DAMAGES (C.C.P. Section 425.11) |
| Defendants. | |

TO ALL INTERESTED PARTIES:

Plaintiff, CARRIE RUEDA, hereby submits this Statement of Damages pursuant to Section 425.11 of the California Code of Civil Procedure:

1. Medical Expenses According to proof.

2. Loss of Earnings According to proof.

3. General Damages-$1,000,000.00

---
1
Plaintiff's Statement of Damages

1 ///

2 ///

3

4

5

6

7 Date: May 11, 2021                    BAER TREGER LLP

8

9                                        By  *[signature]*
10                                           TRACY BAER
                                              Attorneys for Plaintiff

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action or proceeding. I am employed in and am a resident of Orange County where the mailing occurs; and my business address is Tyson & Mendes, LLP 17901 Von Karman Avenue, Suite 600, Irvine, CA 92614.

On June 10, 2021, I caused to be served the following document(s):

## NOTICE OF REMOVAL

on the interested parties in this action by:

____  **BY MAIL**: In the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid and addressed as follows on the attached service list.

_X_  **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date electronically uploaded a true and correct copy in Adobe "pdf" format the above listed document(s} to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

_X_  **BY ELECTRONIC SERVICE**: The document(s) described above were transmitted to the person(s) and email addresses identified below by electronic mail from ccoronado@tysonmendes.com due to the Coronavirus (COVID-19) pandemic and in accordance with Temporary Emergency Rule 12 - Electronic Service, requiring that all documents served electronically must be accepted. Said transmission was sent without error.

Executed on June 10, 2021, at Irvine, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

　　　　　　　　　　　　　　　　_/S/ Claudia Coronado_
　　　　　　　　　　　　　　　　Claudia Coronado

# **SERVICE LIST**

| Tracy Bear, Esq.<br>BEAR TREGER LLP<br>1999 Avenue of the Stars, Suite 1100<br>Los Angeles, CA 90067<br>Tel: 310-226-7570 / Fax: 310-226-7571<br>tbaer@baertreger.com<br><br>*Attorney for Plaintiff CARRIE RUEDA* | |