NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Richard G. Somes (CA Bar No. 203957)
Kareen Sassounian (CA Bar No. 307017)
Tyson & Mendes LLP
17901 Von Karman Ave., Ste. 600
Irvine, CA 92614
T: (949) 490-4841
F: (949) 267-5261

ATTORNEY(S) FOR: SF Markets, LLC and Sunflower Farmers Markets, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Carrie Rueda

Plaintiff(s),

v.

Sprouts Farmers Market, Inc., et al.

Defendant(s)

CASE NUMBER: 5:21-cv-981

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for SF Markets, LLC and Sunflower Farmers Markets, LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| SF Markets, LLC and Sunflower Farmers Markets, LLC | Defendants (self insured) |

June 10, 2021
Date

/s/ RICHARD G. SOMES, ESQ.
Signature

Attorney of record for (or name of party appearing in pro per):

SF Markets, LLC and Sunflower Farmers Markets, LLC