**BAER TREGER LLP**
Tracy Baer (State Bar No. 113309)
tbaer@baertreger.com
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel.: (310) 226-7570
Fax: (310)226-7571

Attorneys for Plaintiff
CARRIE RUEDA

**TYSON & MENDES, LLP**
Richard G. Somes (State Bar No. 203957)
Kareen Sassounian (State Bar No. 307017)
rsomes@tysonmendes.com; ksassounian@tysonmendes.com
17901 Von Karman Avenue, Suite 600
Irvine, CA 92614
Telephone: 949.490.4840/Facsimile: 949.267.5261

Attorneys for Defendants, SUNFLOWER FARMERS MARKETS, LLC and SF MARKETS, LLC (Erroneously Sued Herein as SPROUTS FARMERS MARKET, INC.)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE RUEDA,<br><br>               Plaintiff,<br><br>     vs.<br><br>SPROUTS FARMERS MARKET, INC.; SUNFLOWER FARMERS MARKETS, LLC; and DOES 1 to 25, inclusive,<br><br>               Defendants. | Case No. EDCV 21-981-GW-SPx<br><br>Hon. George H. Wu<br><br>**Report of Settlement Pursuant to Local Rule 16-15.7** |

To The Honorable George H. Wu and to the Clerk of the Court:

///

///

///

**1**
**Report of Settlement Pursuant to Local Rule 16-15.7**

Please be advised that Plaintif, CARRIE RUEDA, and Defendants, SUNFLOWER FARMERS MARKETS, LLC and SF MARKETS, LLC (Erroneously Sued Herein as SPROUTS FARMERS MARKET, INC.), collectively referred to as the "Parties" have resolved this matter and are pursuant to Local Rule 16-15.7 writing to advise the Court of the resolution.

Plaintiff intends to file a stipulation to dismiss under FRCP 41(a) within 28 days, upon consummation of the terms of the settlement. The Parties request that the Court retain jurisdiction to enforce the settlement.

Dated: March 1, 2022                                    Respectfully submitted,

                                                        BAER TREGER LLP

                                                        By:   /s/ *Tracy Baer*
                                                              TRACY BAER
                                                              Attorneys for Plaintiff,
                                                              CARRIE RUEDA

Dated: March 1, 2022                                    Respectfully submitted,

                                                        TYSON & MENDES, LLP

                                                        By:   /s/ *Richard G. Somes*
                                                              RICHARD G. SOMES
                                                              Attorneys for Defendants,
                                                              SUNFLOWER FARMERS MARKETS, LLC and SF MARKETS, LLC (Erroneously Sued Herein as SPROUTS FARMERS MARKET, INC.)

///
///
///
///
///
///

ATTESTATION UNDER LOCAL RULE 5-4.3.4 (2)(i)

I, Tracy Baer, am the ECF User whose ID and password are being used to file this Report of Settlement Pursuant to Local Rule 16-15.7. In compliance with Local Rule 5-4.3.4 (2)(i), I hereby attest that Richard G. Somes, counsel for Defendants, has concurred in this filing.

Dated: March 1, 2022

Respectfully submitted,

BAER TREGER LLP

By: /s/ Tracy Baer
TRACY BAER
Attorneys for Plaintiff,
CARRIE RUEDA