JS-6

**BAER TREGER LLP**
Tracy Baer (State Bar No. 113309)
tbaer@baertreger.com
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel.: (310) 226-7570
Fax: (310)226-7571

Attorneys for Plaintiff
CARRIE RUEDA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – FIRST STREET COURTHOUSE**

CARRIE RUEDA,

Plaintiff,

vs.

SPROUTS FARMERS MARKET, INC.; SUNFLOWER FARMERS MARKETS, LLC; and DOES 1 to 25, inclusive,

Defendants.

Case No. EDCV 21-981-GW-SPx

**ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff CARRIE RUEDA and Defendants SUNFLOWER FARMERS MARKETS, LLC and SF MARKETS, LLC (erroneously sued herein as SPROUTS FARMERS MARKET, INC. (together, "Defendants") stipulated to dismiss Plaintiff's claims against Defendants and any extant John Doe defendants with prejudice. For the reasons discussed in the Stipulation concurrently filed by Plaintiff, and for good cause shown, the Stipulation for Dismissal is GRANTED.

///

///

///

It is HEREBY ORDERED that pursuant to FED. R. CIV. P. 41(a), Plaintiff CARRIE RUEDA's claims against Defendants SUNFLOWER FARMERS MARKETS, LLC and SF MARKETS, LLC (erroneously sued herein as SPROUTS FARMERS MARKET, INC.) and any extant John Doe defendants are dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: April 29, 2022

Honorable George H. Wu
United States District Judge